**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

**KEVIN YAN LUIS**, on behalf of himself
and all others similarly situated,

                Plaintiff,

-against-

**PALEOVALLEY, LLC**

                Defendant.
-----------------------------------------------------------x

Case No.: 1:22-cv-09064-LJL

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Jericho, New York
        December 27, 2023

Respectfully Submitted,

The telephone conference scheduled for December 27, 2023, is CANCELLED.

*/s/ Noor A. Saab*_____
By: Noor A. Saab Esq.
*Attorney for Plaintiff*
The Law Office of Noor A. Saab, Esq.
380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060
Email: noorasaablaw@gmail.com

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

December 27, 2023